UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVON PERRY,

                Plaintiff,

          v.                                  No. 24-CV-9970 (RA)

ANMOLDEEP SINGH and BMS TRANSPORT LLC,                ORDER

                Defendants.

RONNIE ABRAMS, United States District Judge:

      As discussed at a conference held earlier today, the parties shall jointly file a status letter proposing next steps by December 1, 2025.

SO ORDERED.

Dated:    November 24, 2025
             New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge