**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Devon Perry,<br><br>                      **Plaintiff,**<br><br>      **-against-**<br><br>Anmoldeep Singh and BMS Transport LLC,<br><br>                    **Defendants.** | **1:24-cv-09970 (RA) (SDA)**<br><br>**ORDER SCHEDULING**<br>**<u>SETTLEMENT CONFERENCE</u>** |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, January 6, 2026, at 10:00 a.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, December 30, 2025).

**SO ORDERED.**

Dated:      New York, New York
             December 9, 2025

                                            _____
                                          STEWART D. AARON
                                          United States Magistrate Judge