**PARTNERS**
B. Duane Willis, Jr. (TN, KY)
Connor R. Sestak (TN)
Whitney L. Lucas (KY)
Jeffery G. Foster (TN)
David E. Goudie (TN)
Nathan R. Bohlander (PA, NJ, NY)
Oliver R. Brooks (PA, NJ, NY)
Alysa Talarico (PA, NJ, NY)
Lisa A. Miller (PA, NJ)
Richard A. Phillips (GA)
Patrick K. Dahl (FL, IL)
Joshua L. Epstein (NY)
Andrew J. Hebar (TN)
Daniel E. Cohen (GA)
Kelly A. Snizavich (PA, NJ)

**SENIOR ATTORNEYS**
Nickolas E. Schimmel (TN)
Monica S. Goudy (GA)
Kristyn M. Boyd (NY)
Parneet K. Chauhan (NY)



## Morgan Akins & Jackson

ATTORNEYS AT LAW

**MEMBERS**
J. Michael Morgan (1951-2011)
Nicholas S. Akins (TN, GA, KY, PA)
Chad M. Jackson (TN, KY, PA)

**MANAGING PARTNER (NORTHEAST)**
Wendy S. Smith (PA, NJ, NY)

**ASSOCIATES**
Christopher L. Beerman (GA)
Richard L. Bandel, III (TN)
Dayna M. Glidden (TN, KY)
Karla Jean-Baptiste (PA)
Noah T. Rudloff (TN, KY)
Daniel J. Maher (PA, NJ)
Kayleigh N. Petroski (PA)
Zachary A. Williams (TN)
Caitlyn Corey (PA)
Brannah C. Hamilton (KY)
Darah L. Kaplan (FL)
Maria V. Agra (PA)
Rylie P. Ray (TN, NC)
Jordan D. Tidwell (TN)

**OF COUNSEL**
William T. Chapman, IV (TN)
Kathleen Rosenthal (TN)
Jonathan B. Harris (TN, AL, MS)
Gabriel W. Falbo (CT, FL, NY)

December 18, 2025

**VIA ECF FILING**
The Honorable Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **RE:    Devon Perry v. Anmoldeep Singh and BMS Transport LLC**
> **U.S. District Court for the Southern District of New York;**
> **Case No.: 24-CV-9970 (RA)**
> *Adjournment Request for Settlement Conference*

Magistrate Judge Aaron:

Defendants, Anmoldeep Singh and BMS Transport LLC (collectively, "Defendants") request an adjournment of the Settlement Conference in this matter, currently scheduled for January 6, 2026, based upon the extension of all deadlines in this matter and the need for further investigation and examination.

As Your Honor is aware, on December 15, 2025, this Honorable Court granted the parties' joint Motion to extend case deadlines (Doc. No. 29). As such, discovery does not close until March 2, 2026. Defendants must, in addition to other items, complete a second independent medical examination of Plaintiff, Devon Perry ("Plaintiff") between now and that date.

In order to attend the Settlement Conference with all necessary information, and to give the parties the best opportunity to resolve the matter, Defendants request that the remote Settlement Conference be briefly adjourned until the morning of one (1) of the four (4) below dates:

- March 5, 2026;
- March 11, 2026;

Tennessee | Alabama | Florida | Georgia | Kentucky | Mississippi | New Jersey | New York | Pennsylvania

18 East 41st Street | 6th Floor | New York | NY 10017| Phone 215.305.8223 | Fax 215.600.1303 |nbohlander@morganakins.com

- March 12, 2026; or
- March 13, 2026.

Plaintiff's counsel is in agreement both with the adjournment and with the above dates.

Thank Your Honor for consideration of this request.

Respectfully,

**MORGAN, AKINS & JACKSON, PLLC**

Nathan Bohlander, Esquire
*Counsel for Defendants, Anmoldeep Singh and BMS Transport, LLC*

CC: Joseph Licatesi, Esq. (via ECF filing)

Application GRANTED. The settlement conference currently scheduled for January 6, 2026, is adjourned to March 5, 2026, at 10:00 a.m. The conference shall proceed via Microsoft Teams. The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Thursday, February 26, 2026).

SO ORDERED.
Dated: December 18, 2025